## HOOD v. N.C. DEP'T OF ENV'T, HEALTH AND NAT. RESOURCES

No. 309P99

Case below: 133 N.C.App. 657

Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999. Motion by Attorney General to dismiss appeal allowed 19 August 1999.

## HOWARD v. OAKWOOD HOMES CORP.

No. 340P99

Case below: 134 N.C.App. 116

Petition by plaintiff for writ of supersedeas and motion for temporary stay denied 19 August 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## IN RE HARGROVE

No. 145P99

Case below: 131 N.C.App. 700

Petition by respondent for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999. Justice Martin recused.

## IN RE MITCHELL

No. 236P99

Case below: 133 N.C.App. 190

Petition by respondent (Kimberly Coleman) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## JONES v. LOWE

No. 311P99

Case below: 133 N.C.App. 657

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 August 1999.